

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2019

No. 04-19-00180-CV

**IN RE FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

On March 26, 2019, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than April 16, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on March 29, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI11399, styled *Cassandra Longoria v. Farmers Insurance d/b/a Farmers Texas County Mutual Insurance*, pending in the 285th Judicial District Court, Bexar County, Texas. The Honorable Karen H. Pozza signed one of the orders and the Honorable Laura Salinas signed another order at issue in this proceeding.